# EXHIBIT 1

1. *Ballantine and Jones v. Daniels, et al.*, No. 72-CV-19-548 (Cir. Ct. Washington Cnty., Ark. Mar. 31, 2020)

2. *Watson & Prince v. Uber Techs., Inc., et al.*, Case No.: 37-2023-00034016 (Super Ct. San Diego Cnty., Mar. 22, 2024)

3. *Jimenez v. Uber Techs., Inc., et al.*, No.: CVRI2303281 (Super. Ct. Riverside Cnty., Cal. Jan. 22, 2024)

4. *Alfaro & Northcross v. Uber Techs., Inc.*, 21STCV22144 (Super. Ct., Los Angeles Cnty. Jan. 3, 2024)

5. *Welsh v. Uber Techs., Inc.*, No. 23NWCV01958 (Super. Ct., Los Angeles Cnty. Jan. 2, 2024)

6. *Dematos & Gouveia v. Uber Techs. et al.*, No. 23STCV03549 (Super. Ct., Los Angeles Cnty. Dec. 7, 2023)

7. *Ranasen v. Uber Techs., Inc., et al.*, No. 21STCV39126 (Super. Ct., Los Angeles Cnty. Nov. 29, 2023)

8. *Bell v. Uber Techs., Inc., et al.*, No. 22STCV03482 (Super. Ct., Los Angeles Cnty. Nov 28, 2023)

9. *Watson v. Uber Techs., Inc., et al.*, No. 22STCV20476 (Super. Ct., Los Angeles Cnty. Nov. 22, 2023)

10. *Namaghi v. Uber Techs. Inc., et al.*, No. 23VECV00518 (Super. Ct., Los Angeles Cnty. Oct. 25, 2023)

11. *Ferguson v. Can et al.*, No. 23STCV07610 (Super. Ct., Los Angeles Cnty. Oct. 12, 2023)

12. *Snow v. Uber Techs., Inc., et al.*, No. 23STCV10027 (Super. Ct., Los Angeles Cnty. Oct. 11, 2023)

13. *Pole v. Uber Tech., Inc., et al.*, No. 23STCV01537 (Super. Ct., Los Angeles Cnty. Oct. 10, 2023)

14. *Rodriguez v. LA Cnty. MTA et al.*, No. 22TRCV00926 (Super. Ct., Los Angeles Cnty. Sept. 26, 2023)

15. *Carson v. Uber Techs., Inc., et al.*, No. 30-2022-01265008 (Super. Ct., Orange Cnty., Cal. Sept. 26, 2023)

1

16. *Gonzalez v. Uber Techs., Inc., et al.*, No. 23STCV08249 (Super. Ct., Los Angeles Cnty. Sept. 6, 2023)

17. *Turner et al. v. Uber Techs., Inc.*, No. 22STCV39969 (Super. Ct., Los Angeles Cnty. Aug. 24, 2023)

18. *Neelanjan Chanda v. Uber Techs., Inc.*, 21STCV44016 (Super. Ct., Los Angeles Cnty. Aug. 3, 2023)

19. *Abassian v. Uber Techs., Inc.*, 22CHCV01109 (Super. Ct., Los Angeles Cnty. July 18, 2023)

20. *Liu v. Hancock et al.*, CGC23604467 (Super. Ct., San Francisco Cnty. July 11, 2023)

21. *Ademe v. Uber Techs., Inc.*, 21STCV19398 (Super. Ct., Los Angeles Cnty. June 19, 2023)

22. *Kearns and Lemos v. Uber Techs., Inc.*, 22CV017881 (Super. Ct., Alameda Cnty., Cal. June 14, 2023)

23. *Cordoba v. Uber Techs., Inc.*, 22CMCV00444 (Super. Ct., Los Angeles Cnty. May 30, 2023)

24. *Gower v. Uber Techs., Inc.*, SCV269428 (Super. Ct., Sonoma Cnty., Cal. Mar. 23, 2023)

25. *Currie v. Uber Techs., Inc.*, 21STCV07860 (Super. Ct., Los Angeles Cnty. Feb. 7, 2023)

26. *Jackson v. Uber Techs., Inc.*, CVRI2201731 (Super. Ct., Riverside Cnty., Cal. Jan. 10, 2023)

27. *Villegas v. Uber Techs., Inc.*, 21STCV34066 (Super. Ct., Los Angeles Cnty. Jan. 9, 2023)

28. *Torres v. De Nardo et al.*, No. 21STCV36626 (Super. Ct., Los Angeles Cnty. Dec. 20, 2022)

29. *Queen v. Uber Techs., Inc.*, 22STCV10381 (Super. Ct., Los Angeles Cnty. Dec. 19, 2022)

30. *Meyer v. Uber Techs., Inc.*, CVRI2104439 (Super. Ct., Riverside Cnty., Cal. Dec. 13, 2022)

31. *Keys v. Uber Techs., Inc.*, 22STCV25429 (Super. Ct., Los Angeles Cnty. Dec. 13, 2022)

32. *Cordero v. Uber Techs., Inc.*, 21STCV14574 (Super. Ct., Los Angeles Cnty. Dec. 2, 2022)

33. *Pina v. Uber Techs., Inc., et al.*, 22STCV12087 (Super. Ct., Los Angeles Cnty. Nov. 10, 2022)

34. *Weiss v. Uber Techs., Inc.*, 21STCV41294 (Super. Ct., Los Angeles Cnty. Nov. 7, 2022)

35. *Morales v. Uber Techs., Inc.*, 21STCV20561 (Super. Ct., Los Angeles Cnty. Oct. 28, 2022)

36. *Eze v. Uber Techs., Inc.*, 21STCV41834 (Super. Ct., Los Angeles Cnty. Oct. 13, 2022)

37. *Egusquiza-Miller v. Uber Techs., Inc.*, 21STCV19595 (Super. Ct., Los Angeles Cnty. Oct. 10, 2022)

38. *Salmasian, et al., v. Uber Techs., Inc.*, 21STCV18078 (Super. Ct., Los Angeles Cnty. Oct. 5, 2022)

39. *Heras, et al., v. Uber Techs., Inc.*, 22STCV19249 (Super. Ct., Los Angeles Cnty. Oct. 4, 2022)

40. *Fatollah, et al. v. Uber Techs., Inc.*, 22STCV22014 (Super. Ct., Los Angeles Cnty. Sept. 30, 2022)

41. *Membrere v. Uber Techs., Inc., et al.*, 22STCV13531 (Super. Ct., Los Angeles Cnty. Sept. 30, 2022)

42. *Reed, et al. v. Uber Techs., Inc.*, 22-CV-00596 (N.D. Cal. Sept. 28, 2022)

43. *Gabay v. Uber Techs., Inc., et al.*, 21STCV36941 (Super. Ct., Los Angeles Cnty. Sept. 27, 2022)

44. *Manucharyan, et al., v. Uber Techs., Inc., et al.*, 22STCV03678 (Super. Ct., Los Angeles Cnty. Aug. 31, 2022)

45. *Smith-Bey v. Uber Techs., Inc., et al.*, 22STCV18673 (Super. Ct., Los Angeles Cnty. Aug. 25, 2022)

46. *Gagg v. Uber Techs., Inc., et al.*, 22STCV10818 (Super. Ct., Los Angeles Cnty. Aug. 2, 2022)

47. *Harstein v. Uber Techs., Inc.*, 20STCV10293 (Super. Ct., Los Angeles Cnty. July 21, 2022)

48. *Bazukul v. Uber Techs., Inc.*, 22STCV06895 (Super.Ct., Los Angeles Cnty. June 28, 2022)

49. *Lustig v. Uber Techs., Inc.*, 21STCV39287 (Super. Ct., Los Angeles Cnty. May 11, 2022)

50. *Smith v. Uber Techs., Inc.,* 21STCV07863 (Super. Ct., Los Angeles Cnty. Apr. 12, 2022)

51. *Ghadimyan v. Uber Techs., Inc.*, 21STCV40552 (Super. Ct., Los Angeles Cnty. Apr. 6, 2022)

52. *Ramirez v. Uber Techs., Inc.*, 21STCV38712 (Super. Ct., Los Angeles Cnty. Apr. 5, 2022)

53. *Kaminski, et al. v. Uber Techs., Inc., et al.*, 21STCV28483 (Super. Ct., Los Angeles Cnty. Feb. 15, 2022)

54. *McCants v. Uber Techs., Inc., et al.*, 21STCV24729 (Super. Ct., Los Angeles Cnty. Jan. 27, 2022)

55. *Kemp v. Uber Techs., Inc., et al.*, 34-2021-00306494 (Super. Ct., Sacramento Cnty. Jan. 4, 2022)

56. *Hilliard-McDaniel, et al. v. Uber Techs., Inc., et al.*, 20STCV19410 (Super. Ct., Los Angeles Cnty. Dec. 23, 2021)

57. *Brooks, et al. v. Uber Techs., Inc., et al.*, 21STCV07339 (Super. Ct., Los Angeles Cnty. Dec. 21, 2021)

58. *Garcia v. Uber Techs., Inc., et al.*, 21STCV20972 (Super. Ct., Los Angeles Cnty. Dec. 6, 2021)

59. *Solana v. Uber Techs., Inc.*, 21STCV10381 (Super. Ct., Los Angeles Cnty. Dec. 1, 2021)

60. *Schnell v. Uber Techs., Inc*., CGC21592304 (Super. Ct., San Francisco Cnty. Nov. 16, 2021)

61. *Quick v. Uber Techs., Inc.*, 21STCV21814 (Super. Ct., Los Angeles Cnty. Nov. 9, 2021)

62. *Lyster v. Uber Techs., Inc.*, 21STCV05546 (Super. Ct., Los Angeles Cnty. Nov. 1, 2021)

63. *Rychart v. Uber Techs., Inc.*, 20STCV49322 (Super. Ct., Los Angeles Cnty. Nov. 23, 2021)

64. *Sciacca v. Uber Techs., Inc.*, 21STCV08048 (Super. Ct., Los Angeles Cnty. Oct. 26, 2021)

65. *Lara v. Uber Techs., Inc.*, 19STCV45654 (Super. Ct., Los Angeles Cnty. Sept. 21, 2021)

66. *Dimino v. Uber Techs., Inc.*, 21STCV07619 (Super. Ct., Los Angeles Cnty. Sept. 14, 2021)

67. *Mitlo v. Uber Techs., Inc.*, 20STCV27091 (Super. Ct., Los Angeles Cnty. Aug. 27, 2021)

68. *Valdizan v. Uber Techs., Inc.*, 21STCV04681 (Super. Ct., Los Angeles Cnty. Aug. 25, 2021)

69. *Oropeza v. Uber Techs., Inc.*, 20STCV28084 (Super. Ct., Los Angeles Cnty. May 26, 2021)

70. *Flueckiger v. Uber Techs., Inc.*, RG20083112 (Super. Ct., Alameda Cnty., Cal. Apr. 21, 2021)

71. *Norman v. Uber Techs., Inc. et al.*, No. 20-CV-06700 (N.D. Cal. Apr. 14, 2021)

72. *Wu v. Uber Techs., Inc.*, 20STCV27962 (Super. Ct., Los Angeles Cnty. Feb. 25, 2021)

73. *Harrison v. Gulilat et al.*, 20STCV14317 (Super. Ct., Los Angeles Cnty. Feb. 18, 2021)

74. *Moghanian v. Uber Techs., Inc.*, 37-2020-00029472 (Super. Ct., San Diego Cnty. Feb. 8, 2021)

75. *Matthews v. Uber Techs., Inc.*, CGC-20-584582 (Super. Ct., San Francisco Cnty. Nov. 18, 2020)

76. *Querol v. Rios et al.*, 19STCV39219 (Super. Ct., Los Angeles Cnty. Nov. 6, 2020)

77. *Beiriger v. Uber Techs., Inc.*, 37-2020-00003393 (Super. Ct., San Diego Cnty. Aug. 21, 2020)

78. *Nevitt v. Uber Techs., Inc.*, CGC-19-573849 (Super. Ct., San Francisco Cnty. Aug. 10, 2020)

79. *Capriole v. Uber Techs., Inc.*, 20-CV-02211 (N.D. Cal. May 13, 2020)

80. *Lainer v. Uber Techs., Inc.*, No. 2:15-cv- 09925-BRO-MRW, ECF No. 25 (C.D. Cal. May 11, 2016)

81. *Tyler v. Uber Techs., Inc.*, No. 19-CV-03492 (D. D.C., Sept. 17, 2020)

82. *McGlashan v. Uber Techs., Inc., et al.*, No. CACE23003146 (Cir. Ct. Broward Cnty., Fla. Dec. 15, 2023)

83. *Ali v. Rasier, LLC*, No. CACE23004665 (Cir. Ct. Broward Cnty., Fla. Nov. 14, 2023)

84. *Teman v. Uber Techs., Inc.*, 2019-011395-CA-01 (Cir. Ct. Miami-Dade Cnty., Fla. Oct. 5, 2020)

85. *Santos v. Fernandez, et al.*, No. 19-CA-003299 (Cir. Ct. Hillsborough Cnty., Fla. Sept. 10, 2019)

86. *Watkins v. Uber Techs., Inc.*, 1:23-cv-03363-LMM (N.D. Ga. Oct. 6, 2023)

87. *Sadja v. Rasier, LLC et al.*, 22EV006621 (Fulton Cnty., Ga. June 2, 2023)

88. *Ramos, et al., v. Uber Techs., Inc., et al.*, No. 71C01-2304-CT-000157 (Cir. Ct. of St. Joseph Cnty., Ind., Jan. 19, 2024)

89. *Wakeman v. Uber Techs., Inc., et al.*, No. 23-cv-02092-TC-TJJ (D. Kan. Feb. 28, 2024)

90. *Hughes v. Uber Techs., Inc. et al.*, No. 23-1775 (E.D. La. Feb. 21, 2024)

91. *Wilson, Jr. v. Uber Techs., Inc.*, 19-CV-2363 (D. Md. May 26, 2020)

92. *Fambrough v. Uber Techs., Inc.*, 19-CV-0952 (W.D. Mo. June 12, 2020)

93. *Trevino v. Glass, et al.*, A-22-855098-C (Dist. Ct., Clark Cnty., Nev. Jan. 30, 2024)

94. *Gonzalez v. Uber Techs., Inc., et al.*, No. A23873470C (Dist. Ct. Clark Cnty., Nev. Mar. 29 2024)

95. *Rasier, LLC, et al. v. Boykin, et al.*, No. 84814 (Nev. Aug. 24, 2023)

96. *Patino v. Uber Techs., Inc., et al.*, No. A-22-861200-C (Dist. Ct. Clark Cnty., Nev. Apr. 14, 2023)

97. *Northern v. Uber Techs., Inc., et al.*, No. A-22-857709-C (Dist. Ct. Clark Cnty., Nev. June 7, 2023)

98. *Trevino v. Glass, et al.*, A-22-855098-C (Dist. Ct., Clark Cnty., Nev. Dec. 2, 2022)

99. *Rodriguez, et al. v. Emshwiller, et al.*, No. A-22-851452-C (Dist. Ct. Clark Cnty., Nev. Nov. 21, 2022)

100. *Uber Techs., Inc. v. Royz*, 517 P.3d 905 (Nev. 2022)

101. *Williams, et al. v. Ysabel, et al.*, No. A-1391-22 (Super. Ct. of N.J., App. Div. Docket Sept. 7, 2023)

102. *Crosby v. Uber Techs., Inc., et al.*, Index No. 704992/2023 (N.Y. Sup. Ct. Queens Cnty. Mar. 26, 2024)

6

103. *Samuels v. Uber USA, LLC, et al.*, Index No. 719364/2023 (N.Y. Sup. Ct. Queens Cnty. Mar. 15, 2024)

104. *Greene v. Uber Techs., Inc.*, Index No.708587/2023 (N.Y. Sup. Ct. Queens Cnty., Mar. 7, 2024)

105. *Sadia v. Uber Techs., Inc., et al*., Index No. 801591/2023E (N.Y. Sup. Ct. Bronx Cnty. Feb. 26, 2024)

106. *Allen v. Brooks, et al.*, Index No. 530511/2022 (N.Y. Sup. Ct. Kings Cnty. Feb. 8, 2024)

107. *Bynoe v. Uber Techs., Inc., et al.*, Index No. 536646/2022 (N.Y. Sup. Ct., Kings Cnty. Jan. 25, 2024)

108. *Meija v. Linares, et al.*, N.Y. Sup. Ct, Appellate Div., First Judicial Dept. Sept. 28, 2023)

109. *Sobel v. Uber Techs., Inc.*, Index No. 158001/2022 (N.Y. Sup. Ct., New York Cnty. Sept. 28, 2023)

110. *Wu v. Uber Techs., Inc., et al.*, (N.Y. Sup. Ct., Bronx Cnty. Dec. 20, 2022); *aff'd Wu v. Uber Techs., Inc., et al.*, Index No. 33964/20E (N.Y. Sup. Ct, App. Div., First Judicial Dept. Sept. 21, 2023)

111. *Hamilton v. Uber Techs. Inc., et al.*, No. 22-CV-(PGG)(OTW) (S.D.N.Y. Sept. 7, 2023)

112. *Krichmaryov v. Germain, et al.*, Index No. 508554/2022 (N.Y. Sup. Ct., Kings Cnty. Aug. 17, 2023)

113. *Allsopp v. Uber Techs., Inc.*, Index No. 520664/2022 (N.Y. Sup. Ct., Kings Cnty. July 21, 2023)

114. *Haley v. Uber Techs., Inc., et al.*, 512267/2022 (N.Y. Sup. Ct., Kings Cnty. July 7, 2023)

115. *Gonzalez v. Uber Techs., Inc.*, Index No. 504465/2023 (N.Y. Sup. Ct., Kings Cnty. June 15, 2023)

116. *Pretto v. Uber Techs., Inc., et al*, Index No. 510937/2022 (N.Y. Sup. Ct., Kings Cnty. May 26, 2023)

117. *Brooks v. Uber Techs., Inc., et al*., No. 2022-02865 (N.Y. Sup. Ct, App. Div., First Judicial Dept. May 16, 2023)

118. *Spates v. Uber Techs., Inc., et al.*, No. 21-CV-10155 (ALC) (S.D.N.Y. Mar. 31, 2023)

119. *Soriano v. Cooley et al.*, Index No. 704762/2022 (N.Y. Sup. Ct., Queens Cnty. Mar. 21, 2023)

120. *Williamson v. Alexander et al.*, 508671/2021 (N.Y. Sup. Ct., Kings Cnty. Aug. 17, 2022)

121. *Baez-Tavarez v. Lopez-Garcia, et al.*, 709612/2021 (N.Y. Sup. Ct., Queens Cnty. Dec. 17, 2021)

122. *Smith v. Khosrowshahi et al.*, 19-CV-4242 (E.D. Pa. Dec. 8, 2020)

123. *Hood v. Uber Techs., Inc., et al.*, No. 22C1040 (Cir. Ct. Davidson Cnty., Tenn. May 12, 2023)

124. *Ogbunugwu v. Uber Techs., Inc.*, No. 4:23-CV-3934 (S.D. Tex. Jan. 23, 2024)

125. *Williams & Williams v. Uber Techs., Inc.*, No. 4:22- CV-3398 (S.D. Tex. Jan. 5, 2024)

126. *Roberts v. Uber Techs. Inc,*. 5-23-CV-00545-FB-RBF (W.D. Tex. Aug. 8, 2023)

127. *Head v. Rizo et al.*, No. D-1-GN-21-003764 (Travis Cnty., Tex. Aug. 16, 2022)

128. *Hernandez v. Fountoglou et al.*, No. 2021-20528 (Harris Cnty., Tex. Mar. 16, 2022)