UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61340-AHS

STEPHANIE MARTIN,
individually and on behalf of all
others similarly situated,

      **CLASS ACTION**

   Plaintiff,

      **JURY TRIAL DEMANDED**

v.

UBER TECHNOLOGIES, INC.,

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Stephanie Martin, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed without prejudice. All claims of the putative class members are hereby dismissed without prejudice.

Dated: September 6, 2024

      Respectfully submitted,

      */s/ Manuel S. Hiraldo*
      Manuel S Hiraldo
      HIRALDO P.A.
      401 E. Las Olas Boulevard
      Suite 1400
      Ft. Lauderdale, FL 33301
      954-400-4713
      Email: mhiraldo@hiraldolaw.com